IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-140-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AKEEM NETRON HOLDER EVANS, )<br>)<br>Defendant. ) | ORDER |

The United States SHALL respond to the petitions for remission [D.E. 673, 674] not later than February 27, 2026.

SO ORDERED. This 14 day of January, 2026.

JAMES C. DEVER III
United States District Judge