IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-140-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AKEEM NETRON HOLDER EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST respond to the motions to return property of Joni Wright and Faith Wright Robinson [D.E. 673, 674] not later than March 27, 2026.

SO ORDERED. This _12_ day of February, 2026.

JAMES C. DEVER III
United States District Judge